# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:
|  |  |  |
|---|---|---|
|  | : | Case No. 14-52665 |
| Timothy Joel Striker | : | Chapter 13 |
|  | : | Judge Hoffman |
| Debtor |  |  |

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Timothy Striker, through counsel, who respectfully notifies the

Court that he has moved and that his new address is as follows:

201 N. Charles St. Apt. B
Rome NY 13440

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**
4876 Cemetery Road
Hilliard, OH 43026
(614) 529-8600
(614) 529-8656
jenobile@ntlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016 a true copy of the foregoing Notice of Filing of

Change of Address was served upon the following registered ECF participants, **electronically**

through the court's ECF System at the email address registered with the court: The Office of the

U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**